IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

SEAN FULLWOOD,

       Appellant,

v.

STATE OF FLORIDA,

       Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D13-1366

Opinion filed July 17, 2014.

An appeal from the Circuit Court for Alachua County.
Martha Ann Lott, Judge.

Nick G. Zissimopulos of Law Offices of Rush and Glassman, Gainesville, for Appellant.

Pamela Jo Bondi, Attorney General, and Jay Kubica, Assistant Attorney General, Tallahassee, for Appellee.

PER CURIAM.

     AFFIRMED.

WOLF, ROBERTS, and ROWE, JJ., CONCUR.